IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TYRONE HARRIS, #118835, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 2:11-CV-221-TMH |
| DR. HUNTER, *et al.*, | ) ) ) |
| Defendants. | ) ) |

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. 37) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted. Accordingly, it is

ORDERED that:

1. The Recommendation (Doc. 37) of the Magistrate Judge is ADOPTED;

2. The plaintiff's motion to dismiss is GRANTED;

3. This case is DISMISSED without prejudice; and

4. No costs are taxed herein.

A separate judgment shall issue.

DONE this the 20th day of June, 2013.

    /s/   Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE